

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00028-CV

### IN THE INTEREST OF N.M.B.

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-EM5-06049
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:       Rebeca C. Martinez, Chief Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: April 20, 2022

DISMISSED FOR WANT OF PROSECUTION

Appellant C.B.[1] appeals from the trial court's Order in Suit Affecting the Parent-Child Relationship. On February 18, 2022, we ordered Appellant C.B. to provide written proof to this court on or before February 28, 2022 that she had paid the required fee to the court reporter for preparation of the reporter's record. We explained that if Appellant C.B. failed to respond within the time provided, her appellant's brief would be due March 21, 2022, and we would only consider those issues or points raised in her brief that did not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

---

[1]To protect the identity of the minor child, we refer to the parties by fictitious names, initials, or aliases. *See* TEX. FAM. CODE § 109.002(d).

Appellant C.B. did not respond to our February 18, 2022 order. Therefore, her appellant's brief was due March 21, 2002. On March 22, 2022, when she did not file her brief, we ordered Appellant C.B. to file, on or before April 6, 2022, her appellant's brief and a written response reasonably explaining (1) her failure to timely file the brief and (2) why appellee is not significantly injured by her failure to timely file a brief. We explained that if Appellant C.B. failed to file a brief and the written response by April 6, 2022, her appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

Appellant C.B. has failed to respond to our March 22, 2022 order. Therefore, we dismiss her appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(c).

PER CURIAM